| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Nicholas M. Wajda<br>Wajda Law Group, APC<br>11400 West Olympic Boulevard, Suite 200M<br>Los Angeles, CA 90064<br>Telephone: (310) 997-0471 | |
| ATTORNEY(S) FOR: Plaintiff | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ANITA ROSS,<br><br>                                   Plaintiff(s),<br>v.<br>D & A SERVICES, LLC,<br><br>                                   Defendant(s) | CASE NUMBER:<br>5:19-cv-00310<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ANITA ROSS_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Anita Ross | Plaintiff |
| D & A Services, LLC | Defendant |
| Wajda Law Group, APC | Attorney for Plaintiff |

2/20/2019                                      /s/ Nicholas M. Wajda
Date                                           Signature

Attorney of record for (or name of party appearing in pro per):

Nicholas M. Wajda

CV-30 (05/13)                       **NOTICE OF INTERESTED PARTIES**