James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:    619/758-1891
Fax:   619/296-2013
jschultz@sessions.legal
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorneys for Defendant D & A Services, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANITA ROSS, | ) | Case No.  19-cv-00310-DSF-KK |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) |
| D & A SERVICES, LLC, | ) | |
| Defendants. | ) | Complaint served: Feb. 27, 2019<br>Current response date:  March 20, 2019<br>New response date: April 10, 2019 |

It is hereby stipulated by Plaintiff Anita Ross and Defendant D & A Services, LLC ("D & A"), through undersigned counsel, that D & A shall have an extension of time to respond to the Complaint, up to and including April 10, 2019.

The extension is needed to allow D & A's counsel time to investigate Plaintiff's claims in preparation for responding to the Complaint, and for the parties to evaluate the prospects for early resolution of this matter. This stipulation is made in good faith and not for any purpose of delay.

This stipulation does not extend the time to respond by more than a cumulative total of thirty (30) days from the date D & A's response initially would have been due.

IT IS SO STIPULATED.

Dated: 3/20/19    SULAIMAN LAW GROUP, LTD.

/s/Joseph S. Davidson
Joseph S. Davidson
Attorney for Plaintiff
Anita Ross

Dated: 3/20/19    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant
D & A Services, LLC

# SIGNATURE ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of the above listed counsel for the Plaintiff in the content of this document and his authorization to file it.

Dated: 3/20/19                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                  */s/Debbie P. Kirkpatrick*
                                  Debbie P. Kirkpatrick