# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA ROSS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D&A SERVICES, LLC,<br><br>　　　　Defendant. | Case No. 5:19-cv-00310-DSF-KK<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Anita Ross, and Defendant, D&A Services, LLC, having filed with this Court their Joint Stipulation for Dismissal with Prejudice and the Court having reviewed the same, IT IS HEREBY ORDERED:

1. The stipulation is approved. The action against D&A Services, LLC is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: December 4, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1